# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN CUNNINGHAM,** | : | |
|    **Plaintiff** | : | |
| | : | No. 1:20-cv-854 |
|    v. | : | |
| | : | (Judge Rambo) |
| **C/O STAMM,** | : | |
|    **Defendant** | : | |

## ORDER

**AND NOW**, on this 8th day of February 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The motion for summary judgment (Doc. No. 26) is **GRANTED**; and

2. The Clerk of Court is directed to enter judgment in favor of Defendant and close this case.

                                                  s/ Sylvia H. Rambo
                                                  United States District Judge